DOWDLE et al. *v.* NEW YORK et al.

No. 204. Decided October 10, 1966.

*John Manning Regan* for appellants.

*William J. Stevens* for appellees.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

CALCATERRA *v.* ILLINOIS.

No. 267. Decided October 10, 1966.

*Charles A. Bellows* for appellant.

*William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for appellee.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.